Opinion issued May 20, 2010

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00377-CR

———————————

Billy Ray Wolford, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 338th District Court 

Harris  County, Texas



Trial Court Case No. 1120826

 



MEMORANDUM OPINION

          Appellant,
Billy Ray Wolford, has filed a motion to dismiss the above-referenced
appeal.  The motion complies with the
Texas Rules of Appellate Procedure.  See Tex. R. App. P. 42.2 (a).  

            We have not yet issued a
decision.  Accordingly, the motion is granted
and the appeal is dismissed.  

            The Clerk of this Court is directed
to issue the mandate within 10 days.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Hanks, Higley and Massengale.

Do
not publish.   Tex. R. App. P. 47.2(b).